NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DONNA M. SAVAGE,**
*Petitioner,*

**v.**

**DEPARTMENT OF VETERANS AFFAIRS,**
*Respondent.*

---

2013-3017

---

Petition for review of the Merit Systems Protection Board in case no. CH0752120505-I-1.

---

**ON MOTION**

---

**O R D E R**

Donna Savage moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied without prejudice to Ms. Savage refiling her request within 21 days of the date of this order with complete responses to the Federal Circuit

DONNA SAVAGE V. DVA 2

Form 6's requests, including average monthly income sources for Ms. Savage's spouse, and average monthly expenses for both Ms. Savage and her spouse.

FOR THE COURT


/s/ Jan Horbaly
Jan Horbaly
Clerk


s24